JODI LINKER
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:  (415) 436-7706
Email:  elizabeth_falk@fd.org

Counsel for Defendant PASILLAS-JARAMILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JORGE PASILLAS-JARAMILLO,<br><br>Defendant. | Case No.: 25-71361 MAG<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER** |

Jorge Pasillas-Jaramillo had an initial appearance in the Northern District of California in the above-captioned matter on November 19, 2025.  In this matter, the government filed a Complaint for Extradition to Mexico, where Defendant is charged with murder.  This matter is currently set for a status conference on December 19, 2025.

Defense counsel is unavailable on this date, and therefore, the parties agree that the matter be continued to January 8, 2026 at 11:00 a.m. before the duty Magistrate Judge.

At that time, the government will be asking for a briefing schedule regarding extradition.

IT IS SO STIPULATED.

| | |
|---|---|
| December 18, 2025<br>Dated | CRAIG MISSAKIAN<br>United States Attorney<br>Northern District of California<br><br>_____/S_____<br>COLIN SAMPSON<br>Assistant United States Attorney |
| December 18, 2025<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California<br><br>_____/S_____<br>ELIZABETH FALK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| December 18, 2025<br>Dated | _____<br>THOMAS S. HIXSON<br>United States Magistrate Judge |

[PROPOSED] STIPULATED ORDER
*PASILLAS-JARAMILLO*, 25-71361 MAG